

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

January 3, 2008

Clerk, United States District Court
Northern District of California
Phillip Burton United States Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

*FILED*

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:  Transfer of our Civil Case No.  CV 07-07809 MMM (E)

Case Title:  United States of America vs. Jose B. Hernandez

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By  **PATRICIA M. CLARKE**

Deputy Clerk

~~cc:  All counsel of record~~

=========================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: CV 08 0710 MMC (PR)

Clerk, U.S. District Court

By  HELEN A. ALMACEN

Deputy Clerk

CV-22 (01/01)                **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**



I hereby attest and certify on *1-3-08* that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

**CLERK U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**DEPUTY CLERK**

1177

E-filing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV 08 - 0710 MMC

(PR)

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-7809-MMM(E) |
| Plaintiff, | |
| v. | REVISED ORDER TRANSFERRING |
| | ACTION TO UNITED STATES DISTRICT |
| JOSE B. HERNANDEZ, | COURT FOR THE NORTHERN DISTRICT |
| Petitioner. | OF CALIFORNIA[1] |

Petitioner filed a form "Motion to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody" on November 30, 2007. It appears from the Motion, however, that Petitioner challenges a 2006 conviction in the Santa Clara County Superior Court. Hence the Court construes the Petition as a habeas corpus petition brought pursuant to 28 U.S.C. section 2254.

Venue for section 2254 petitions is proper in the district wherein the petitioner is in custody or the district wherein the state court that convicted and sentenced the petitioner is located.

_____

[1] The "Order Transferring Action, etc." filed December 18, 2007, is withdrawn.

 1  28 U.S.C. § 2241(d).  Petitioner currently is in custody in Arizona,
 2  but challenges a conviction in the Santa Clara Superior Court, a
 3  court located within the Northern District of California.  See 28
 4  U.S.C. § 84(a).  The policy of the federal courts in California is to
 5  transfer to the district of conviction all section 2254 petitions
 6  that challenge convictions.  Thus, transfer to the Northern District
 7  of California is appropriate.  See Bell v. Watkins, 692 F.2d 999,
 8  1013 (5th Cir. 1982), cert. denied, 464 U.S. 843 (1983) (district
 9  court properly transferred habeas petition to district of conviction
10  because, inter alia, district of conviction "was the more convenient
11  forum because of the accessibility of evidence"); see also 28 U.S.C.
12  § 1404(a) (any civil action may be transferred to any other district
13  where the action might have been brought "[f]or the convenience of
14  parties and witnesses, in the interest of justice").

15

16      IT IS THEREFORE ORDERED that this action is hereby transferred
17  to the United States District Court for the Northern District of
18  California, at San Francisco, California, and that the Clerk of this
19  Court shall effect such transfer.

20

21      IT IS FURTHER ORDERED that the Clerk shall serve a copy of
22  this Order upon Petitioner.

23

24      DATED:  _____December 21, 2007_____.

25

26                    _____Margaret M. Morrow_____
                           MARGARET M. MORROW
27                    UNITED STATES DISTRICT JUDGE

28

194, CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-07809-MMM-E

Jose B Hernandez v. United States of America
Assigned to: Judge Margaret M. Morrow
Referred to: Magistrate Judge Charles F. Eick
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/30/2007
Date Terminated: 01/03/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jose B Hernandez**

represented by **Jose B Hernandez**
A 92991767
Ice Federal Detention Center
1705 East Hanna Road
Eloy, AZ 85231
PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254). Case assigned to Judge Margaret M. Morrow and referred to Magistrate Judge Charles F. Eick. (Filing fee $ 5 DUE.), filed by Petitioner Jose B Hernandez. (et) (Entered: 12/06/2007) |
| 11/30/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Margaret M. Morrow and referred to Magistrate Judge Charles F. Eick to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 12/06/2007) |
| 12/24/2007 | 3 | Letter from Jose B. Hernandez re Order from the Superior Court, County of Santa Clara filed by Petitioner. (sp) (Entered: 01/03/2008) |
| 01/03/2008 | 4 | REVISED ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA by Judge Margaret M. Morrow: IT IS THEREFORE ORDERED that this action is hereby transferred to the United States |

| | | |
|---|---|---|
| | | District Court for the Northern District of California, at San Francisco, California, and that the Clerk of this Court shall effect such transfer. IT IS FUTHER ORDERED that the Clerk shall serve a copy of this Order upon Petitioner. (See document for further details.) (MD JS-6. Case Terminated.) (pcl) (Entered: 01/03/2008) |
| 01/03/2008 | | TRANSMITTAL of documents: all original documents except Order of Transfer which is retained; cc copy of Order, docket sheet and letter of transfer. (pcl) (Entered: 01/03/2008) |

### PACER Service Center

#### Transaction Receipt

01/03/2008 16:35:24

| PACER Login: | us3877 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:07-cv-07809-MMM-E |
| Billable Pages: | 1 | Cost: | 0.08 |

I hereby attest and certify on  /-3-08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1177

Jose B. Hernandez
_Name_

A# 92991767
Prison Identification/Booking No.

1705 E. Hanna Rd. Eloy Arizona;
ADDRESS or PLACE OF CONFINEMENT

Note:   It is your responsibility to notify the Clerk of
Court in writing of any change of address.

Note:   If represented by an attorney; his name, address
& telephone number.

FILED
CLERK, U.S. DISTRICT COURT

NOV 0 2007

CENTRAL DISTRICT
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | CASE No. CV- 07-7809 mmm (E) |
| | To be supplied by the Clerk of the United States District Court |
| v. | CV 08 0710 (PR) |
| | CASE No. CR- CC 596809 |
| | Criminal case under which sentence was imposed |
| | MMC |
| Jose B. Hernandez | 510 |
| FULL NAME OF MOVANT (Include name under which you were convicted) | MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY |
| PETITIONER. | 28 U.S.C. § 2255 2254 |

Jose B. Hernandez

DOCKETED ON CM

DEC - 6 2007

### INSTRUCTIONS AND INFORMATION - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. NO FEE is required with this motion.

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

NOV 26 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

our attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and 3 copies must be mailed to the Clerk of the United States District Court, whose address is 312 N. Spring Street, Los Angeles, Ca 90012.

ATTN: Intake/Docket Section

Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION

1.  Name and location of court which entered the judgment of conviction under attack _SUPERIOR COURT. SAN JOSE CA._
    _SANTA CLARA CO;_

2.  Date of judgment of conviction _NOV 12 06_

3.  Length of sentence _7 MONT_                      Sentencing Judge _RICE, RANDNIF_

4.  Nature of offense or offenses for which you were convicted _POSSESION OF STolen PROPETY 496(A)(E)_
    (F) _496(0 Any 1550 UNDER THE INFLUENCE_

5.  What was your plea?  (Check one)
    (a)   Not guilty        (  )
    (b)   Guilty            (  )
    *:    Nolo Contendere   (✓)

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details _____

6.  Kind of trial: (Check one)
    (a)   Jury           (  )
    (b)   Judge only     (  )

..  Did you testify at the trial?   Yes (  )   No (  )

8.  Did you appeal from the judgment of conviction?   Yes (  )   No (  )

9.   If you did appeal, answer the following:

(a) Name of Court  SIXTH APPELLATE DISTRICT

(b) Result  COUNSEL FILE A (WENDE) BRIEF (People V. Wande 1979)

(c) Date of Result  APRIL 17/07

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court? Yes (✓) No ( )

11.  If your answer to 10 was "yes", give the following information:

(a)  (1) Name of Court  U.S DISTRICT COURT ARIZONA DISTRICT

(2) Nature of Proceeding  HABEAS CORPUS

(3) Grounds raised  INNEFECTIVE ASSISTANCE FROM COUNSEL; TUTUER RECUVE
ANY MIANEULL INFORMATION FROM COUNSEL; TAKE TODAY DEAL OR
JUDGE WILL GIVE YOU MOORE TIME; EVENT INT A PLEA IGNORANTE
ABOUT THE LAW AND THE CONSEQUENSES OF THE PIEA +bul I AM
SUPPOST TO KNOW I WAS GOINT TO BE TAKING INTO CUSTODY AFTHER Serving
MY TIME IS being 12 moNTHS PLUSS 2 moNTHS on 05 INTO THIS MATTER

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( )   No (✓)

(5) Result  Pending

(6) Date of result  Pending

(b)  (1) Name of Court  APELLAT COURT - 1 Arizona DISTRIC

(2) Nature of Proceeding  HABEAS CORPUS;

(3) Grounds raised  INEFFECTIVE ASSISTANCE FROM COUNSEL; never got
ANY inFORMATION regardin IMMIGRATION AS REQUIRED by THE
LAW.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( )   No (✓)

(5) Result  Pending

(6) Date of result  Pending

(1) Name of Court  SUPERIOR COURT SAN JOSE CA

(2) Nature of Proceeding  CORAM NOBIS

(3) Grounds raised  INEFECTIVE ASSISTANCE From COUNSEL NEVER GOT
ANY IMMIGRATION INFORMATION OR COLLATERAL CONSEQUENSES
To THIS plea.

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ( )    No (✓)

(5) Result    _Pending_

(6) Date of result    _Pending_

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.         Yes ( )         No ( )

(2) Second petition, etc.      Yes ( )         No ( )

(3) Third petition, etc.        Yes ( )         No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

I HAVE NOT RECIVE NO ANSWER on ANY PETITION

State concisely every ground on which you claim that you are being held unlawfully.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you selected one or more of these grounds for relief, you must allege facts in support of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(I) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: (A) WENT INTO A PLEA IGNORANT OF THE CONSEQUENSES OF THIS PLEA

Supporting FACTS (tell your story briefly without citing cases or law): No INTELIGENT PLEA DECISION CAN BE MADE by EITHER LAWYER OR CLIENT WITHOUT FULL UNDERSTANDING OF THE POSSIBLE CONSEQUENSES OF A CONVICTION IN SOME DEFENDANT'S CASE THE CONSEQUENSES OF CONVICTION THEY ARE SO DEVASTATING THAT EVEN THE FAINTES RAY OF HOPE OFFERED by PUBLIC DEFENDAM IS MAGNIFIED IN SIGNIFICANCE. THE POSSIBLE CONSEQUENSES OF A CONVICTION REQUIRE RESEARCH IN EACH CASE CONCERNING THE LIABILITY TO DEPORTATION IF THE DEFENDANT IS A RESIDENT OF THE U.S.

B. Ground two: FAILURE TO ADVISE CORRECTLY CONCERNING THE IMMIGRATION CONSEQUENCES; AND FAILURE TO ATTEMPT TO NEGOTIATE THE PLEA.

Supporting FACTS (tell your story briefly without citing cases or law): DO TO INADEQUATE REPRESENTATION NOW I AM ON REMOVAL PROCCEDING; CASE # A 92951767; WHY SHOULD COUNSEL NOT LIKEWISE BE REQUIRED TO TAKE IMMIGRATION CONSEQUENSES INTO ACCOUNT IN NEGOTIATING A PLEA THAT WILL AVOID STRIPPING AWAY THE DEFENDANTS LAWFUL PERMANENT RESIDENT STATUS AND FORCING THE U.S TO DEPORT THE DEFENDANT AWAY FROM HIS HOME; SPOUSE, AN US. CITIZEN CHILDREN NO WERE IN THE PLEA WAS SUCH CONDITION OR AT LEASE NOT ONE THOT I KNOW.

C. Ground three: I BEING IN CALIFORNIA SINCE 1979, HAVE A WIFE 4 KIDS AND ALL MY FAMILY IS RESIDENT WE DON'T HAVE NO ONE ON MEXICO

Supporting FACTS (tell your story briefly without citing cases or law): IF MY LAWYER HADE TOLD ME MR HERNANDEZ YOU NEED A IMMIGRATION LAWYER; WE NEED TO POST POND THE COURT TILL WE CONSULT WIT THE IMMIGRATION LAWYER. THEN IT WOULD BE DIFERENT, BUT UNFORTUNALY FOR ME NO MININFULL CONVERSATION WAS EVER STABLISH BETWEEN MY LAWYER AND ME. TAKE THE DEAL IS THE BEST YOU GOIN TO GET; CAN I SPEAK TO ANOTHER LAWYER I SAY LAWYER SAY NO I AM THE ONLY ONE YOU GET; SO NOW DO TO THIS INADEQUATE REPRESENTATION I BEING IN COUSTODY SINCE NOW 12/07 TILL I DON'T KNOW WEN

D. Ground four: WIT A BETTER ADVISE AND BETTER REPRESENTATION I WOULD BE ON BETTER GROUNDS; IF COUNSEL DIDN'T WANT TO DEFEND ME HE JUST HODE TO SAY IT.

Supporting FACTS (tell your story briefly without citing cases or law): IN CALIFORNIA, FOR EXAMPLE, IN PEOPLE V. SORIANO, THE COURT OF APPEL HELD THAT IN ORDER TO RENDER EFFECTIVE ASSISTANCE OF COUNSEL, DEFENSE COUNSEL MUST INVESTIGATE THE PARTICULAR IMMIGRATION CONSEQUENSES TO THE DEFENDANT OF A PLEA BARGAIN AND ADVISE THE CLIENT OF THOSE CONSEQUENSES PRIOR TO ENTRY OF THE PLEA. THE COURT HELD IT INSUFFICIENT FOR COUNSEL TO RELAY ON THE GENERAL LANGAGE OF THE ADVISE THE COURT MUST GIVE UNDER PENAL CODE § 1016.5 J

13.  If any of the grounds listed in 12A, B, C and D were not previously presented, state briefly what grounds were not presented, and reasons for not presenting them:

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ( )  No ( )

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attached herein:

(a)  At preliminary hearing_____

_____

(b)  At arraignment and plea_____

_____

(c)  At trial_____

_____

(d)  At sentencing_____

_____

(e)  On appeal_____

_____

(f)  In any post-conviction proceeding_____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding_____

_____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?    Yes ( )    No (✓)

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  Yes ( )  No (✓)

(a)  If so, give the name and location of court which imposed sentence to be served in the future:_____

_____

(b)  And give date and length of sentence to be served in the future:_____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?
Yes ( )    No ( )

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on _____
                                                                                                      (Date)

_____
Signature of Movant

Jose'B Hernandez
(Petitioner)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

Clerk United States District Court
(Respondent[s])

I, Jose B. Hernandez _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?      Yes _____      No ✓_____

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    Ab 05 / About And beyond Home Remodelation 11 HR

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?    Yes____    No ✓
    b. Rent payments, interest or dividends?         Yes____    No ✓
    c. Pensions, annuities or life insurance payments? Yes____    No ✓
    d. Gifts or inheritances?           Yes____ No ✓
    e. Any other sources?            Yes____ No ✓

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    _____

3.  Do you own any cash, or do you have money in a checking or savings account?    Yes____    No ✓
    (Include any funds in prison accounts)

    If the answer is yes, state the total value of the items owned. _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  Yes____     No ✓

    If the answer is yes, describe the property and state its approximate value. _____

    _____

List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _MICHELLE LEE HERNANDEZ ; STHEPANIE M. HERNANDEZ ; JOSEPH M. HERNANDEZ MATTEW JAMES HERNANDEZ , my Kids; Common LAW WIFE MARIE A. GUARDADO_

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _NOV/20/07_
               (Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _5.86_ on account to his credit at the _ELOY DETENTION CENTER_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records said _NO OTHER SECURITIES OTHER THE THE $ 5.86._

_____

_____

_____

DATED _11-21-07_

_____
Authorized Officer of Institution

_CORRECTIONAL COUNSELOR , ELOY DET. CTR._
Title of Officer



FILED
CLERK, U.S. DISTRICT COURT

NOV 30 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

**USA**

PLAINTIFF(S)

V.

**JOSE B. HERNANDEZ**

DEFENDANT(S)

**CV07- 7809 MMM (E)**

## NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE
### (Petition for Writ of Habeas Corpus)

Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable Margaret M. Morrow, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Charles Eick, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

| December 4, 2007 | By | LRAYFORD |
|---|---|---|
| Date | | Deputy Clerk |

DOCKETED ON CM

DEC - 6 2007

BY

**NARESH RAJAN**
LAW OFFICES OF NARESH RAJAN
333 BRADFORD STREET, SUITE 190
REDWOOD CITY, CA 94063

*PHONE* (650) 861-0782
*FAX* (866) 805-2576
NRAJANLAW@GMAIL.COM

December 7, 2007

Jose B. Hernandez
A#92991767 A-515
1705 E. Hanna Road
Eloy, AZ 85231

Re: **Transcript from your case, H031113**

Dear Jose:

Enclosed, please find the transcript for your case. I apologize for the delay in sending this stuff to you. Best of luck with your habeas corpus petition. It sounds like you have an immigration lawyer for your case, which is a good thing.

I can't agree with you that the document that you sent to me, which I am returning, clearly shows that Ms. Bedolla or Mr. Sharkey provided ineffective assistance of counsel. The document does not address effective assistance of counsel. It seems to be factually incorrect as well, as it says that you did not appeal your conviction, which as we both know, is incorrect.

Either way, I am sending you the transcripts in your case. I wish you the best of luck, and hope you are successful in your habeas corpus petition and in fighting deportation.

Sincerely,

Naresh Rajan
Attorney at Law

**F I L E D** (ENDORSED)

DEC 0 5 2007

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ JANE LINN _____ DEPUTY

### SUPERIOR COURT OF CALIFORNIA

### COUNTY OF SANTA CLARA

|  |  |
|---|---|
| In re | Nos. CC596809, CC626991 |
| JOSE HERNANDEZ | **O R D E R** |

JOSE HERNANDEZ ("Petitioner") has filed multiple petitions seeking to vacate his convictions in the above entitled cases. Petitioner asserts in these petitions that his lawyer provided ineffective assistance of counsel by failing to inform him that he would be deported if he pled.

In order to demonstrate ineffective assistance of counsel, a defendant must show (1) that his counsel's performance was deficient because the lawyer's representation fell below an objective standard of reasonableness under prevailing professional norms and (2) counsel's deficient performance subjected the defendant to prejudice, i.e., there is a reasonable probability that, but for counsel's failings, the result would have been more favorable to the defendant. (Strickland v. Washington (1984) 466 U.S. 668, 687-688, cited in In Re Harris (1993) 5 Cal.4th at 832-833; In Re Alvernas (1992) 2 Cal.4th 924, 936-937 and People v. Haskett (1990) 52 Cal.3d 210, 248.)

Likewise, in order to make a successful collateral attack on a conviction obtained through a guilty plea on the grounds of (1)

1

misadvisement or failure to advise of the consequences of the plea, or

(2) a denial of constitutional rights, the petitioner must allege and

prove prejudice. (In Re Moser (1993) 6 Cal.4th 342; People v. Walker

(1991) 54 Cal.3d 1013; People v. Tassell (1984) 36 Cal.3d 77; In re

Ronald E. (1977) 19 Cal.3d 315; People v. Avila (1994) 24 Cal.App.4th

1455; People v. Cooper (1992) 7 Cal.App.4th 593.)   That is, the

Petitioner must demonstrate that if he had been correctly advised

about the consequences of his plea, and had been aware of his

constitutional rights, he would not have pleaded guilty. (In Re Moser

(1993) 6 Cal.4th 342; People v. Walker (1991) 54 Cal.3d 1013; People

v. Tassell (1984) 36 Cal.3d 77; In re Ronald E. (1977) 19 Cal.3d 315;

People v. Avila (1994) 24 Cal.App.4th 1455; People v. Cooper (1992) 7

Cal.App.4th 593.)

Petitioner herein has failed to establish a basis for relief.

Petitioner has failed to establish that even if he were so informed by

his attorney that his conviction would result in deportation that he

would not have pled. Petitioner has failed to show that he would have

gone to trial where he received a lesser term and dismissals on other

charges in exchange for the plea and where there did not appear to be

a reasonable probability of a different result if he had gone to

trial.

Accordingly, the petitions are DENIED.

DATED: ___3 Dec___, 2007

PAUL BERNAL
JUDGE OF THE SUPERIOR COURT

cc:   Petitioner
      Office of the District Attorney of Santa Clara County
      CJIC
      Research

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,
# IN AND FOR THE COUNTY OF SANTA CLARA

In The Matter of                                    )   CASE NO(s).  CC596809 & CC626991
                                                    )
JOSE HERNANDEZ,                                     )   PROOF OF SERVICE OF:
                                                    )   **(ENDORSED)**
                                                    )   ORDER OF COURT   **F I L E D**
Petitioner on Habeas Corpus.                        )
                                                    )   DEC 0 5 2007
                                                    )

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ JANE LINN _____ DEPUTY

## CLERK'S CERTIFICATE OF SERVICE

*THE UNDERSIGNED STATES:*

*"I AM A CITIZEN OF THE UNITED STATES, OVER 18 YEARS OF AGE, EMPLOYED IN SANTA CLARA COUNTY AND NOT A PARTY TO THE WITHIN ACTION; THAT MY BUSINESS ADDRESS IS THE HALL OF JUSTICE, SAN JOSE, CALIFORNIA; THAT I SERVED THE WITHIN NOTICE, (ORDER OF COURT), BY CAUSING TO BE PLACED A TRUE COPY THEREOF IN ENVELOPES ADDRESSED TO THE PARTIES AND APPLICABLE AGENCIES INDICATED BELOW, WHICH ENVELOPES WERE THEN SEALED AND POSTAGE FULLY PREPAID THEREON AND THEREAFTER DEPOSITED IN THE UNITED STATES MAIL AT SAN JOSE, CALIFORNIA, (OR PERSONALLY DEPOSITED INTO THE APPROPRIATE INTER-DEPARTMENTAL COURIER RECEPTACLE(S) FOR DELIVERY OR PERSONALLY DEPOSITED INTO THE APPROPRIATE INTER-OFFICE PICK-UP BOX WHERE APPLICABLE) ON DATE SHOW BELOW; THAT THERE IS REGULAR DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED OR THAT THERE IS REGULAR DELIVERY SERVICE BETWEEN THE COURTHOUSE AND BELOW-LISTED AGENCIES, OFFICES OR DEPARTMENTS."*

*I declare under penalty of perjury that the foregoing is true and correct.*

KIRI TORRE,
CHIEF EXECUTIVE OFFICER/CLERK

EXECUTED ON *December 5th*, 2007          BY:  *Jane C. Linn*
at San Jose, California                          Jane E. Linn,   Deputy Courtroom Clerk
                                                 Department 26 – Hall of Justice

| Petitioner | Respondent: |
|---|---|
| JOSE BARAJAS HERNANDEZ ✓<br>A92991767   Unit A 515<br>Eloy Federal Detention Center<br>1705 East Hanna Road<br>Eloy, AZ  85231<br><br>by First Class Mail | OFFICE OF THE DISTRICT ATTORNEY<br>County of Santa Clara<br>70 West Hedding – West Wing<br>San Jose, CA 95110<br><br>(Placed in PONY TRANSFER pick-up box) |
| CJIC - Hall of Justice<br>190 West Hedding Street<br>San Jose, CA 95110<br><br>(Placed in Inter-Office Pick-Up Box) | Research - Hall of Justice<br>190 West Hedding Street<br>San Jose, CA 95110<br><br>( Placed in Inter-Office Pick-Up Box) |

# [ CERTIFICATE OF SERVICE ]

I, Jose B. Hernandez , do hereby certify under the penalty of perjury

and the laws of the state of Arizona, that I have served a copy of the foregoing

documents in the interested parties postage paid and addressed to:

United States District Court
Central District of California
    Western Division
3/2 North Spring Street, Room 6-8
los Angeles, CA 90012

      By placing a copy for mailing in the U.S. Mail box located in my assigned

housing unit, 1705 East Hanna Road, Eloy Arizona 85231.

      I declare that the foregoing is True and correct to the best of my knowledge
and belief.

Executed on: Dec/20/07

                                  Respectfully Submitted,

                                    Jose B. Hernandez



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

Tuesday, December 04, 2007

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**JOSE B. HERNANDEZ**
**A92991767 UNIT A 515**
**1705 EAST HANNA ROAD**
**ELLOY, AR, 95231**


Dear Sir/Madam:

Your petition has been filed and assigned civil case number      CV07- 7809 MMM (E)

Upon the submission of your petition, it was noted that the following discrepencies exist:

☒ 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank
     check, business or corporate check, government issued check, or money order drawn on a major
     American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.   If
     you are unable to pay the entire filing fee at this time, you must sign and complete this
     court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its
     entirety.   The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover,
     American Express) for filing fees and miscellaneous fees.   Credit card payments may be made at
     all payment windows where receipts are issued.

☐ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its
       entirety.

☐ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized
       officer at the prison.

☐ (d) You did not use the correct form.   You must submit this court's current Declaration in
       Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in
Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

LRAYFORD

By: _____

Deputy Clerk

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | or Defendant) | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS —Third Party | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus – | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE

SIGNATURE OF ATTORNEY OF RECORD

United States District Court
Central District of California
Western Division.

FILED
CLERK, U.S. DISTRICT COURT

DEC 24 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM

JAN 3 2008

BY _____ 064

Jose B. Hernandez
A-92991755
1705 E. Hanna Road
Eloy, Az. 85231.

CASE # CV07-7809 AHS

Dear Sir/Madam.

I direct my self writ the respect the court deserves
and wish you all a happy holidays.
Enclose are the respond from the Santa Clara Co
Superier Court were it shows I was denied. butt
no good story, or proofs that Counsill (ms. Bedolla)
and (mr. Sharky) provide elective assistance. they are
not saying (mr. Hernandez we did give you proper advice)
no they say i fail to pove this and that. So iam
doing this work by my self i don blame me experience
on the law, but watt i do no So. As i was never
give no advise. i dont have a lawer helping me
on this. also inclose are a letter from a lawer on San
Jose that was helping me writ the probation/violation Appeal
and as you can see, he also states that ms Bedolla and
mr Sharky dint give me the proper advise to no
immigration consecuinces, thank you for your time.

Sincerily Jose B. Hernandez CASE # CV07-7809 AHS.

Dec/20/07.

HERNANDEZ - BARAJAS JOSE
A 9299 1767 UNIT A 515
1705 EAST HANNA ROAD
ELOY, AZ 85231.
I.C.E Federal Detention Center.



CLERK U.S. DISTRICT COURT
NOV 26 2007



TO THE CLERK OF THE United States
District Court
3121 Spring Street
Los Angeles CA, 90012.

