IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE B. HERNANDEZ,

        No. CV-08-0710 MMC (PR)

        Petitioner,

        **JUDGMENT IN A CIVIL CASE**

    v.

UNITED STATES OF AMERICA,

        Respondent.

                                   /

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: May 15, 2008                    Richard W. Wieking, Clerk

                                     *Tracy Lucero*

                                  By: Tracy Lucero
                                  Deputy Clerk