**FILED**

MAY 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. HERNANDEZ, | No. C 08-0710 MMC (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On November 30, 2007, petitioner, a prisoner incarcerated at the ICE Federal Detention Center in Eloy, Arizona, and proceeding pro se, filed, in the United States District Court for the Central District of California, a "Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody." On January 3, 2008, the Central District construed said motion as a habeas petition brought pursuant to 28 U.S.C. § 2254 as petitioner sought to challenge a 2006 conviction obtained in Santa Clara County Superior Court; further, because Santa Clara County is located within the Northern District of California, the action was transferred to this district.

On January 30, 2008, the petition was filed in the Northern District and assigned to the undersigned. That same date, the Clerk of the Court sent petitioner a notice explaining the Northern District's electronic filing requirements in cases where one of the parties is unrepresented. On March 4, 2008, the notice was returned to the Court as undeliverable because petitioner was not at the address he had provided in his petition.

1   Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose
2   address changes while an action is pending must promptly file with the Court and serve upon
3   all opposing parties a Notice of Change of Address specifying the new address." See Civ. L.
4   R. 3-11(a). Where mail directed to such party "has been returned to the Court as not
5   deliverable" and "the Court fails to receive within 60 days of this return a written
6   communication from . . . the *pro se* party indicating a current address," the Court "may
7   dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).
8   Here, more than sixty days have passed since petitioner's mail was returned to the
9   Court as undeliverable and petitioner has not notified the Court of his correct current address.
10  Accordingly, the above-titled action is hereby DISMISSED without prejudice.
11  The Clerk shall close the file.
12  IT IS SO ORDERED.
13  DATED:   MAY 1 5 2008

MAXINE M. CHESNEY
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE B HERNANDEZ,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

Case Number: CV08-00710 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose B. Hernandez
Ice Federal Detention Center
A 92991767
1705 East Hanna Road
Eloy, AZ 85231

Dated: May 15, 2008

                                Richard W. Wieking, Clerk

                                *Tracy Lucero*

                                By: Tracy Lucero, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE B. HERNANDEZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

No. CV-08-0710 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

#4

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: May 15, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE B HERNANDEZ,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

Case Number: CV08-00710 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose B. Hernandez
Ice Federal Detention Center
A 92991767
1705 East Hanna Road
Eloy, AZ 85231

Dated: May 15, 2008

                              Richard W. Wieking, Clerk

                              *Tracy Lucero*

                              By: Tracy Lucero, Deputy Clerk

**FILED**

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURNED TO SENDER

REASON CHECKED
Unable to ID / No inmate #
Refused / Unapproved mail
Unclaimed / Not ...
Narr:
Out:



Jose B. Hernandez
Ice Federal Detention Center
A 92991767
1705 East Hanna Road

NIXIE    850    CC 1    40 05/21/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 94102356199    *0540-08209-...

UNITED STATES POSTAGE
$ 00.420
PITNEY BOWES
02 1A
0004329882    MAY 16 2008
MAILED FROM ZIPCODE 94102